# United States District Court
# Central District of California

| | |
|---|---|
| MORTEZA SHAMSNIA, individually on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MCWANE, INC.; ANACO; and TYLER PIPE COMPANY, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-01431-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. MOTION FOR CLASS CERTIFICATION** |

A motion for class certification shall be filed within 90 days after service of a pleading purporting to commence a class action.  L.R. 83-3.  The original Complaint in this action—the first pleading to raise class allegations—was served on Defendants on March 21, 2014.  (*See* ECF No. 9.)  A motion for class certification—or at least a request for an extension of time—should have been filed no later than June 19, 2014.  Accordingly, the Court **ORDERS** Plaintiff Morteza Shamsnia **TO SHOW CAUSE** in writing **no later than Tuesday, July 1, 2014** why a motion for class certification has not been filed.  No hearing will be held.  Failure to respond to this Order to Show Cause may result in the dismissal of Plaintiff's class allegations.

**IT IS SO ORDERED.**

June 24, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE